ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration, Office of the General Counsel
    333 Market St., Ste. 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| ANTOINETTE MALBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:11-cv-07412-FMO<br><br>[~~PROPOSED~~]<br>ORDER OF REMAND |

    Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  12/29/2011            /s/
                                                   HON. FERNANDO M. OLGUIN
                                                 United States Magistrate Judge