1   Young Cho
    Attorney at Law: 189870
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Antoinette Malbrough

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12   ANTOINETTE MALBROUGH,          ) Case No.: CV 11-07412 FMO
                                     )
13            Plaintiff,             ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
14        vs.                        ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
15   MICHAEL J. ASTRUE,              )
     Commissioner of Social Security,)
16                                   )
              Defendant              )
17                                   )
                                     )

18

19        Based upon the parties' Stipulation for the Award and Payment of Equal

20   Access to Justice Act Fees, Costs, and Expenses:

21        IT IS ORDERED that fees and expenses in the amount of $3,700.00, as

22   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23   DATE:      12/6/12

24                              _____/s/_____
                                THE HONORABLE FERNANDO M. OLGUIN
25                              UNITED STATES MAGISTRATE JUDGE

26

                                      -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ *Young Cho*
   _____

4  Young Cho
   Attorney for plaintiff Antoinette Malbrough

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26